AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

v.

APPEARANCE

CASE NUMBER: 1:07-M. 61 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BARRY ZURBIDA

I certify that I am admitted to practice in this court.

6/15/07
*Date*

*Signature*

JAMES E. O'NEIL 2097
*Print Name* *Bar Number*

A-103 1130 TEN ROD RD
*Address*

N.K. R.I. 02852
*City* *State* *Zip Code*

401-667-7111 401-667-7112
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.