United States District Court
District of Rhode Island

USA v. Barry Zurybida
CR No. 1:07-M-61A

**Attachment to Order of Detention Pending Trial**

Although Defendant has life-long ties to Rhode Island, he is charged with an offense (production of child pornography) which carries a mandatory minimum sentence of fifteen years upon conviction. See 18 U.S.C. § 2251(e). In addition, the weight of the evidence (as set forth in the Government's Affidavit) against Defendant is strong and the nature and circumstances of the offenses charged raises a serious concern as to the safety of minors who may come into contact with Defendant in the future. The alleged victims who were identified in the Affidavit reside in the same community as Defendant and are under ten years of age. Pictures of two other minor girls, who have not yet been identified, were found on the seized computer, and their ages and places of residence are not known. Because the Complaint and Warrant were issued under seal, the parents of the victims could not be notified of today's bail hearing as provided in 18 U.S.C. § 3771 and thus were not present to express any concerns to the Court regarding the issue of bail. The Government shall notify the known victims' parent(s) of any future Court proceedings in this case and their right to be "reasonably heard" at any future proceedings involving "release" pursuant to 18 U.S.C. §§ 3771(a)(2), (4).