**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
:
v. : CASE NO.: 07-MJ-61A
:
:
BARRY ZURYBIDA :

MOTION TO WITHDRAW

Now comes undersigned Counsel, James E. O'Neil, Esq., and moves to withdraw from the above-captioned matter. As reason in support of such Motion counsel relies upon the accompanying Memorandum in Law

Respectfully Submitted,

Dated: 6/27/07

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certifies that on this 27th day of June, 2007 a true and accurate copy of the foregoing Motion to Withdraw was mailed first class, postage prepaid to the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CASE NO.: 07-MJ-61A |
| | : | |
| | : | |
| BARRY ZURYBIDA | : | |

MOTION MEMORNADUM IN SUPPORT
OF COUNSEL'S MOTION TO WITHDRAW

As reason in support of undersigned counsel's Motion to Withdraw, the Court is respectfully advised that the Defendant, Barry Zurybida, has indicated to Counsel that he is indigent and in need of the services of the Federal Public Defender.

Respectfully Submitted,

Dated: 6/27/07

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certifies that on this 27th day of June, 2007 a true and accurate copy of the foregoing Memorandum in Support of Counsel's Motion to Withdraw was mailed first class, postage prepaid to the United States Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.