**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA *
*
v. *
*
BARRY ZURYBIDA *

**MOTION TO SEAL**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Terrence P. Donnelly, Assistant United States Attorney, and moves that the accompanying documents - the Government's Motion and Memorandum to Exclude Certain Time Under the Speedy Trial Act (with accompanying Exhibit) be sealed until further Order of this Court. The United States makes this request based upon the fact that the disclosure of the above-referenced materials would reveal matters relating to the grand jury investigating the matter, and would potentially jeopardize the integrity of an ongoing investigation.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: ____________________

7/11/07: DENIED.
USMJ