**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 528-5477
FAX (401) 528-5474

August 10, 2007

Kevin J. Fitzgerald, Esq.
10 Weybosset Street, Suite 300
Providence, RI 02903

Re: Second Speedy Trial Act Waiver in
U.S. v. Barry Zurybida, Case No. 1:07-MJ-00061A

Dear Mr. Fitzgerald:

This letter is written to memorialize the agreement entered into today by your client, Barry Zurybida, and the United States.

1. Mr. Zurybida was arrested and charged on June 15, 2007 with producing and possessing child pornography, in violation of 18 U.S.C. §§2251(a) and 2252(a)(4). Due to the arrest, the Speedy Trial Act requires that an indictment or information be filed within 30 days of that arrest. 18 U.S.C. §3161(b).

2. On July 10, 2007, the parties agreed that a period of time should be excluded from that 30-day period, pursuant to 18 U.S.C. §3161(h), so that (a) Mr. Zurybida can address pending State charges, and (b) the parties can engage in plea discussions which might resolve this matter. Specifically, we agreed that the period to be excluded began on that date and continued until you notified me in writing that further plea discussions are unnecessary, but in any event this period would last no longer than August 16, 2007.

3. On today's date, the parties agree that an additional period of time should be excluded from the 30-day period, pursuant to 18 U.S.C. §3161(h), so that (a) Mr. Zurybida can continue to address pending State charges, and (b) the parties can engage in plea discussions which might resolve this matter. Specifically, we agree that the period to be excluded begins on today's date and will continue until you notify me in writing that further plea discussions are unnecessary, but in any event

EXHIBIT 1

this period will last no longer than **September 17, 2007.**

4. By his signature below, Mr. Zurybida agrees that the period of plea negotiations, not to exceed the period from July 9, 2007 to September 17, 2007, will be excluded from the Speedy Trial Act calculations; further, Mr. Zurybida knowingly and voluntarily waives any right to move to dismiss the Complaint in the above action based on a violation of the 30-day limit which includes the period which the parties agree should be excluded.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Terrence P. Donnelly
Terrence P. Donnelly
Assistant U.S. Attorney

Barry Zurybida 08/10/2007
BARRY ZURYBIDA DATE

8-10-7
KEVIN J. FITZGERALD, ESQ. DATE