UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:07-MJ-00061A |
| | : | |
| BARRY ZURYBIDA | : | |

**GOVERNMENT'S FOURTH MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, and, pursuant to 18 U.S.C. §3161(h), moves to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. §3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. On July 11, 2007, August 13, 2007 and again on September 13, 2007, this Court granted the Government’s motions to exclude a cumulative period from July 9, 2007 to October 17, 2007. The parties have now agreed in writing that a fourth period, from October 18, 2007 through (but no later than) November 16, 2007 be excluded from the §3161(b) time limit. The government moves that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. §3161(h).[1]

The reasons for granting this Motion are as follows:

1. The defendant has pending State charges, related to the

[1] The agreement is attached as Exhibit 1 to this Motion. The time from the filing of this Motion until its disposition, of course, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

facts of this case. See 18 U.S.C. §3161(h)(1)(D).

2. The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I). As indicated in Exhibit 1, should defense counsel notify the government in writing that further plea negotiations would be fruitless, the government agrees that the speedy indictment "clock" would begin running again.

3. As the charges involve the analysis of computer-related media, the charges are complex enough to justify the additional time for the parties to engage in plea negotiations. 18 U.S.C. §3161(h)(8).

4. The parties have been negotiating in good faith towards a settlement of this matter. Indeed, negotiations on the potential federal charges are virtually concluded, but the parties were unable to coordinate the resolution of the federal charges with the resolution of the pending State charges. This was an unanticipated obstacle. Both parties believe that this obstacle can be overcome, but some additional time negotiating with State authorities is necessary. Given the fact that a guilty plea in this case would almost certainly result in the imposition of a 15-year mandatory minimum sentence, the parties understand the defendant's need for careful deliberation. Neither party anticipates the need to request any further extensions.

5. Should the parties be able to resolve the matter via a plea agreement, among the major benefits would be eliminating the need for the minor victims in this case (all under ten, including a six year old girl) to testify at either grand jury or a future trial.

For all of the foregoing reasons, the government believes that the ends of justice justify the exclusion of the period from October 18, 2007 through (but no later than) November 16, 2007, or the time that defense counsel terminates plea negotiations in writing, whichever is sooner.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, a copy of the within Government's Third Motion and Memorandum to Exclude Certain Time under the Speedy Trial Act was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin J. Fitzgerald, Esq.
Kevin_Fitzgerald@fd.org
Office of the Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov