IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
:
v. : CR. No. 1:07-M-61A
:
:
BARRY ZURYBIDA :
:

**ORDER**

The United States and the defendant Barry Zurybida having moved this Court for an Order excluding the period October 17, 2007 through November 16, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b);

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the defendant in a speedy trial, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant seek additional time to finalize the terms of a plea agreement;

2. The defendant seeks additional time to discuss a proposed plea agreement with his attorney, and to consider such an agreement, and how it might impact on pending State charges, which are related to this case;

3. The charges involve the analysis of computer-related media, and thus are complex enough to justify the additional time for the parties to engage in plea negotiations;

4. The filing of a plea agreement would likely eliminate the need for very young minor victims to testify; and

5. The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the government, to the defendant, and to the Court, and would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

WHEREFORE, it is on hereby ORDERED, that the period from October 17, 2007 through November 16, 2007 be excluded from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

Dated: October 17, 2007

LINCOLN D. ALMOND
United States Magistrate Judge