**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR No. CR07-140T |
| v. | * | In violation of 18 U.S.C. §2251(a) (Production of Child Pornography) and §2252(a)(4) (Possession of Child Pornography) |
| BARRY ZURYBIDA | * | |

**INFORMATION**

The United States Attorney charges:

COUNT 1

1. From in or about September 2005 to on or about February 15, 2007, the exact date being unknown to the United States, in the District of Rhode Island, the defendant did use, persuade, induce, and entice a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the genitals and the pubic area of said minor for the purpose of producing visual depictions of such conduct, specifically, photographs, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §2251(a).

COUNT 2

2. From in or about September 2005 to on or about February 15, 2007, the exact date being unknown to the United States, in the District of Rhode Island, the defendant did use, persuade, induce, and entice a person under the age of eighteen to engage in sexually explicit conduct, specifically, the lascivious exhibition of the

genitals and the pubic area of said minor for the purpose of producing visual depictions of such conduct, specifically, photographs, knowing and having reason to know that such visual depictions were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §2251(a).

COUNT 3

3. From in or about September 2005 to on or about February 15, 2007, the exact dates being unknown to the United States, in the District of Rhode Island, the defendant did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §2252(a)(4).

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief of the Criminal Division

TERRENCE P. DONNELLY
Assistant U.S. Attorney