O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
BARRY ZURYBIDA

WAIVER OF INDICTMENT

CASE NUMBER: CR 07-140T

I, BARRY ZURYBIDA, the above named defendant, who is accused of production of child pornography and possession of child pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-15-7 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

BARRY ZURYBIDA
Defendant

KEVIN J. FITZGERALD, ESQ.
Counsel for Defendant

Before
Judicial Officer USMJ