UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0140T |
| | ) | |
| BARRY ZURYBIDA | ) | |

---

MOTION TO CONTINUE SENTENCING AND EXTEND TIME FOR OBJECTIONS

Now comes Barry Zurybida, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing hearing, currently March 26, 2008, for 30 days. Mr. Zurybida also requests the extension of time for filing objections to the presentence report until March 28, 2008. Mr. Zurybida submits the attached memorandum in support of this request.

Respectfully submitted
Barry Zurybida
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Terrence Donnelly, Assistant United States Attorney, and Kristin Mattias, USPO, on March 7, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-0140T |
| | ) | |
| BARRY ZURYBIDA | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING AND EXTEND TIME FOR OBJECTIONS

Mr. Zurybida has moved this Honorable Court to continue the sentencing hearing and extend the time for filing objections to the presentence report. The sentencing hearing is currently scheduled for March 26, 2008.

Mr. Zurybida pled guilty to the charges in this indictment on December 11, 2007, pursuant to a detailed plea agreement which included stipulated facts corresponding to specific sentencing enhancements under the sentencing guidelines. The draft presentence report has been issued and contains an additional enhancement not included in the plea agreement. An objection to the application of that enhancement is forthcoming but requires additional time to investigate. The issue had not been investigated previously because it does not, in the defense view, apply. The defense needs this brief continuance now in order to adequately investigate this issue and fully reply to the proposed application in the presentence report.

The government has no objection to this extension.

Respectfully submitted
Barry Zurybida
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this memorandum was delivered by electronic notification to Terrence Donnelly, Assistant United States Attorney, and Kristin Mattias, USPO, on March 7, 2008.

/s/ Kevin J. Fitzgerald