UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 007-0140T |
| | ) | |
| BARRY ZURYBIDA | ) | |

---

NOTICE OF APPEAL

Now comes the defendant, Barry Zurybida and notices his appeal of the Judgment and Conviction in this case to the First Circuit Court of Appeals.

Respectfully submitted
Barry Zurybida
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Terrence Donnelly, Assistant United States Attorney on May 23, 2008.

/s/ Kevin J. Fitzgerald