IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * C.R. NO. 07-140T
*
UNITED STATES OF AMERICA *
* MAY 15, 2008
VS. *
*
BARRY ZURYBIDA *
*
* * * * * * * * * * * * * * * * PROVIDENCE, RI

BEFORE THE HONORABLE ERNEST C. TORRES,

SENIOR JUDGE

(Sentencing-Partial Transcript)

FOR THE GOVERNMENT:

TERRENCE P. DONNELLY, AUSA
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903

FOR THE DEFENDANT:

KEVIN J. FITZGERALD, AFD
Federal Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903

Court Reporter: Debra D. Lajoie, RPR, FCRR, CRI

Proceeding reported and produced by computer-aided stenography

* * * * *

MS. ELDRIDGE: Excuse me. Your Honor, thank you for allowing me to speak this morning, for giving me this opportunity to try and describe how this case, particularly this man, Barry Zurybida, has affected the lives of my daughters and I.

As I begin to write this statement, I am completely overwhelmed with so many emotions that fill my being, from anger, loss, shock, hurt, on the other spectrum is happiness that this endescribable nightmare in my eyes is coming to sort of closure. Knowing this man will hopefully never ever be able to destroy another young child's or parent's life is a thing that I-- gives me hope for the future.

Your Honor, as I address your Court today, I can only hope people think that my daughters can represent any young girl, someone's little sister, a niece, a cousin, a neighbor or a granddaughter.

The day for me that will be forever blazed in to my memory is 16 months ago. That January, 2007, morning, I had a medical procedure scheduled at Newport Hospital. It required me to be at the Hospital no later than 7:00 a.m.

Being a divorced mother of two beautiful daughters that had just turned four and seven weeks before, with no family members living in Rhode Island, I had to make

arrangements for their care since preschool and elementary school started later.

I left my house knowing Cloie's preschool Assistant Director would be picking her up and Barry would take Kaitlin next door to stay with him and his mother until her bus came.

That morning, I left my house with so many things to do. I needed to finish the thank you cards for Christmas, all the thank you's to the wonderful people that lent a helping hand while I recovered from a serious medical condition requiring a week-long hospitallization and continue to recover.

I needed to get better and healthier to return to work. I support my children by myself and on my own without any support from my ex-husband living out of state, nor do I receive any kind of assistance from any State agencies.

That January morning, if you would have asked me how my life was, I'm sure I would have said, I'm trying to get better and healthier every day, but I'm happy to have two beautiful, intelligent daughters. I have my nice house with the white picket fence, and I'm doing all right. I was very proud that, after going through a stressful divorce, I was still on my feet, not completely there health-wise.

Later that day, I would have my whole life ripped out from underneath me. I'm a very patriotic person. I

have family members that have served and died for our country. I also served in the U.S. Military and continue to work with senior-level military. I have always loved the song and cried to the song, "Proud to be an American."

If you are familiar with this song, the beginning of it starts off, "If tomorrow all the things were gone I had worked for all my life and I had to start again with just my children and my wife, I'd thank my lucky stars to be living here today."

Upon learning what Barry did to my daughters, the promise of that song seemed to melt away. I was not thanking my lucky stars. You see, everything I had worked for, my home, my security, my safety, my trust, everything was gone in the blink of an eye.

I had no home-- well, on paper, I still did own it, but how in the world could any mother let her children come back to a place that wasn't safe, a place in which they were violated, and in that house next door, the monster who violated them.

How could I pull in my driveway each day knowing that this man that did despicable things to my children was nearby next door and then try to act like everything was okay for my girls?

That day, I had to make a decision. I knew I couldn't go home. I stayed in Town for a few days. The

first night with my daughters was the hardest. I promised my girls that Barry would never, ever do that to them again, not to be scared, that we are safe.

Getting ready to fall asleep at our friend's house, Kaitlin said to me, "Mama, please don't tell Barry, but I don't want to look at those dirty magazines anymore." No sooner did it come out of his mouth, then Cloie, laying beside me, who had just turned four the week before blurted out, "Mama, they're not dirty. They're naked. You see their pee-pee's and their boobies." Kaitlin asked me to tell Barry she didn't want to watch the s-e-x on the TV, just spelled it for me.

The sickness just came over me, how innocently yet scared my daughters spoke of pornographic magazines and videos. Kaitlin continued speaking quietly under the covers so her sister couldn't hear her. She said, "Mama, can you get my pictures off Barry's computer?" Pictures, I thought? No, this couldn't be.

"Mama, I don't want anyone to see my pictures on his computer." Later, she told me of another one of her friend's pictures on his computer. I promised I would have them taken off.

I then went back to my home town for a few days to get away. I hated the nights the most. That is when my daughters would open up. I would cringe each night,

wondering what we would come out of their mouths regarding Barry. Each night, I would go to bed, I would pray I could click my heels three times and go home, please, like Dorothy. I also kept repeating to myself something similar to the emergency broadcasting system, "Beep, beep, beep, this is only a nightmare, this is only a nightmare. You can now resume normal life," which was wishful thinking.

I came back to Rhode Island when I realized I had to get it together for my girls. We lived in a motel for a week and started looking for another house. Within a week, I came up with the money to move in to a rental house across town. I was so nervous my girls wouldn't like it. It was a much smaller home, a new neighborhood, a new school.

See, Police officials recommended that I remove my oldest daughter from her elementary school since Barry's sister and my former neighbor was an employee at her elementary school. So, on top of my daughter having to be uprooted from her friends, she had to adjust to a new house, face a hospital exam that every woman cringes on having annually, mind you their ages.

Despite all this, we did it. My daughters knew that they were getting new beds for the new house, and we were excited about this. It was my decision to donate their old beds after I found out that Barry had snuck in to their rooms and violated their own-- them in their own beds.

I didn't want them sleeping in a tainted bed. When I asked Kaitlin what the best thing about our new house was, I totally expected her to say her new bed. She had been begging for a bunk bed. No. What she said sent chills down my spine, an overwhelming feeling that I needed to vomit. Kaitlin said so innocently, "Mama, the best thing is that Barry will never be able to touch me again." Try getting that lump out of your throat.

As hard as it is to have to start over again, making so many life-altering changes, I knew my daughters' nightmare could possibly end, the moment I assured my daughter that Barry would never ever do it to her or any other child, she was safe.

I must tell you, there were so many times I was frustrated, I felt like giving up. As the months passed, my frustrations grew. For the longest time, Barry sat at home drinking an OJ and vodka, smoking cigarettes and living a wonderful life. He needed to be accountable for his actions. How could this man live in the comforts of his home as I suffered day and night? Not a day went by without me worrying and stressing that he was still free roaming around.

Ironically, while he was sitting at home for months relaxing, I was taking my children to the Day One Sexual and Trauma Center in Providence, three straight hours, one hour

drive to Providence, an hour of therapy, an hour back home, and all this time to think, and of course try to play distraction techniques with these girls. All this would truly ruin my day.

My frequent visits to Providence proves to be unlucky for me. Two times within seven days I was involved in car accidents in Providence resulting in permanent neck damage. I would have, for no other reason, been in Providence had it not been for Barry Zurybida, once again, ruining my day as he sat home.

I remember on so many occasions telling the local Police, FBI, judicial officials, elected officials about my frustrations, why so long, telling them I was not giving up, Barry messed with the wrong children.

Please do not let this case get swept under the carpet. Barry has done despicable things to other children, as well. I was hoping it was just going to go away on its own, pretending it-- many people were pretending that it would just go away on its own, pretending it didn't exist. There were also many people, I'm not sure if it was out of disbelief or plain ignorance, that made comments to me regarding me letting this go. You can't let this consume your life. Are you sure this man did it? I can't believe this could happen in our town. Many, many doubters.

Would anyone in their right mind completely walk

away from a normal life? I am not familiar with the justice system in any way, shape or form, but my feeling is that this has been a very slow and agonizing process. I kept being assured, yes, something would happen. It may take a long time. For me, a long time is five minutes. Barry didn't even get arrested for over five months. Those five months was an eternity, and I was scared with each day, wondering that my daughters may see him. How would I explain had that to my girls?

My daughters would see a vehicle very similar to Barry's and say, "Mama, doesn't that look like Barry in his car?" I would say, "No," play distraction techniques with them, try to calm their fears, reassure myself that the law enforcement was doing something.

Finally, June 16th came around. My daughters and I are bringing our kittens to the vet. We got out of the car, and I answered my cell phone. It was from the FBI, Andy, that I had spoken with on a few occasions. Expecting a regular update, We're still investigating, have patience, he shocked me. Andy told me that the FBI, combined with joint law enforcement officials, arrested Barry earlier in the day.

I cannot even explain the release of emotion. He was beginning to be held accountable. The truth was finally coming out for all of the people that doubted, that tried to

make excuses for him. There is no denying the photos on his computer, no doubt. They say a picture is worth 1,000 words.

At that time, my girls were playing under a tree at the vet while I continued to speak with Andy. I couldn't even stand still and couldn't stop crying. I was trying to keep the girls quiet so I could soak up every single word that Andy was telling me.

After getting off the phone, my girls started crying as they saw me crying. They kept saying, "Mommy, why are you crying?" I told them, "Barry was in jail, and he won't be coming out for a very long time." My girls made me chuckle when they said, "Mommy, bad people go to jail." And my youngest say, "Mom, Barry's been in jail for a long time." Thankfully, they didn't know the truth for those five months.

Ironically, two and a half weeks after his arrest, I was rushed to the hospital with a life-threatening condition. The doctors gave me only a few hours to live without the emergency surgery.

The doctors told me most likely this had come, resulted from an overwhelming amount of stress that I had been going through. Thank God I survived, and I'm here for my girls.

I also had to make a decision in regards-- I'm

sorry. I lost my place. I also had to make a decision in regards to Kaitlin's education. Kaitlin has always been an excellent student, actually starting kindergarten a year early. But due to the emotional trauma, missing school for her therapy, as her mother, I knew I had to focus on her emotional well-being and not academically. This resulted in her repeating the second grade.

After my recovery, for some reason, my oldest daughter didn't really believe Barry was in jail. Thanks to the Justice Department, I was authorized to bring my oldest daughter to Court just so she could see Barry shackled and cuffed. As soon as he got to his seat, she was escorted out of the classroom-- out of the courtroom. But for those brief moments she saw him, she told me it was the best day of her life. It made me so happy.

Once her sister got out of preschool that day, she was so quick to tell her she went to court and saw Barry in handcuffs and shackles and he's in jail with all the policemen.

She needed to visualize for herself that he was in the prison garb, handcuffs and the shackples. Like I promised her, he'll be gone for a long, long time. I must admit, I was very disappointed to find that Barry pled guilty on minimal counts. I know there are numerous other charges that could be pressed, and I know I could have-- and

I know I clearly have stated from the beginning I didn't want to endure a trial for the sake of my daughters. Yet I did want him to stand in front of the judge, his family, his victims and face the truth. I wanted him to be accountable for all his actions.

In 15 years, my daughters will be in their late teens, early 20s. They should be enjoying what should be the best times of their lives, but Barry could get out and possibly bring back feelings they felt at such a very young age, the anxiety and the fear I feel daily.

I want him brought behind bars for the longest possible time. I constantly think of out how diligent I am with weekly therapy sessions and scared to see them hurt again at such a crucial time in their lives, at a time in their lives they will be developing relationships, hopefully healthy with no repercussions from Barry.

For my daughters, their innocence is gone, never to come back. Regardless of the amount of therapy sessions we go through, innocence, purity can never return. It's gone.

My daughters have had to have their young lives, security, their home, school, friends, et cetera, uprooted due this man. Many things have changed, their mindsets.

I can't read the next part. In closing, for me, many things have also changed, like going out of my way to avoid the old street that we lived on, for the many times I

felt overwhelming guilt over not letting my daughters go on a play date because I don't trust anyone, for not letting them ride their bikes anywhere but in my driveway, for playing mama bear at the grocery store when someone looks at my daughters and tells them how cute they are, and I want to bark at them and say don't look at them because I don't trust anybody, for not knowing a monster capable of these things lived next door to me, for thinking so many times, why us? I'll never know this answer. All I know is the saying, what doesn't kill you makes you stronger.

With the continued counseling visits and prayer, hopefully, we can heal and help others. My girls should not walk around with so-called scarlet letters on them. Yes, my daughters are victims, as well as survivors of things I would not wish on my worst enemy, but we should be proud we stood up for what was right.

Your Honor, I request with all my heart that this man, Barry Zurybida, be held fully accountable and that he be incarcerated for the maximum amount of time allowed by law.

Your Honor, I make this request not only based on holding him accountable for the evil things he has done to my daughters and other children but, also, to keep him from doing such things in the future. He is a predator, and he must not be allowed to ruin the lives of other children and

their families.

Once again, Your Honor, I appreciate your time today and thank you for giving me the time to address the Court.

* * * * *

C E R T I F I C A T I O N

I, Debra D. Lajoie, RPR-RMR-FCRR-CRI, do hereby certify that the foregoing pages are a true and accurate transcript of my stenographic notes in the above-entitled case.

/s/ Debra D. Lajoie

6/10/08